UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN D. BELL,

    Petitioner,

v.

SANDRA AFARLO, Warden,

    Respondent.

Case No. 15-cv-00747-JST (PR)

**ORDER OF TRANSFER**

Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging a disciplinary hearing resulting in the forfeiture of time credits.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). If the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). The petition indicates that petitioner is confined at the North Kern State Prison in Kern County, which lies within the venue of the Eastern Division of the Central District of California. See 28 U.S.C. § 84(b).

Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern Division of the Central District of California. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

The Clerk shall transfer this matter and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: March 25, 2015

                                              JON S. TIGAR
                                         United States District Judge