O/JS-6/ENTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KEVIN D. BELL,

               Petitioner,

       v.

SANDRA AFARLO, Warden,

               Respondent.

_____

Case No. ED CV 15-0590 ODW (JCG)

**JUDGMENT**

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: April 6, 2015

_____

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE